Frank A. Silane (State Bar No.: 90940)
Email: fsilane@condonlaw.com
Ivy L. Nowinski (State Bar No.: 268564)
inowinski@condonlaw.com
Andrew C. Johnson (State Bar No.: 276059)
Email: ajohnson@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

Attorneys for Plaintiff
PUBLIC JOINT STOCK COMPANY "AEROFLOT - RUSSIAN AIRLINES"

-and-

Nyree Kolanjian (State Bar No.: 245016)
Email: nkolanjian@boldlaw.com
BAKER, OLSON, LECROY & DANIELIAN
100 W. Broadway, Suite 600
Glendale, CA 91210
Telephone: (818) 502-5600
Facsimile: (818) 241-2653

Attorneys for Defendants
HAPPY TRAVELER, INC. D/B/A "TATIANS TRAVEL" AND ROOBINA SARKISIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC JOINT STOCK COMPANY "AEROFLOT - RUSSIAN AIRLINES,"<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY TRAVELER, INC. D/B/A "TATIANS TRAVEL"; ANOOSHAVAN SARKISIAN and ROOBINA SARKISIAN,<br><br>Defendants. | Case No.: 2:16-cv-03771-CAS-RAO<br><br>**SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL** |

Plaintiff Public Joint Stock Company "Aeroflot - Russian Airlines" ("Aeroflot"), and Defendants Happy Traveler, Inc. d/b/a "Tatians Travel" ("Tatians") and Roobina Sarkisian ("Sarkisian"), by and through their respective attorneys Condon & Forsyth LLP, and Baker, Olson, Lecroy & Danielian hereby submit their Settlement Agreement and Stipulation of Dismissal:

WHEREAS, Roobina Sarkisian, as an individual and as principal and agent on behalf of Happy Traveler, Inc., d/b/a Tatians Travel ("Tatians"), with an office address at 225 E. Broadway, Suite 109, Glendale, California 91205, and Public Joint Stock Company "Aeroflot - Russian Airlines" ("Aeroflot") wish to enter into the following Settlement Agreement; and

WHEREAS, Ms. Sarkisian, as the owner and President of Tatians, has authority to sign for Tatians Travel; and

WHEREAS, Ms. Sarkisian and Tatians acknowledge that as of November 2015, Tatians owed a debt to Aeroflot totaling $128,381.02 arising during the course of a business relationship pursuant to which Ms. Sarkisian, acting through Tatians, performed as an authorized travel agent for Aeroflot.; and

WHEREAS, on or about November 10, 2015, Ms. Sarkisian and Aeroflot entered into an agreement titled "Agreement Between Public Joint Stock Company 'Aeroflot – Russian Airlines' and Happy Traveler, Inc. d/b/a 'Tatians Travel' Regarding Unpaid Debt," ("Agreement"). Tatians acknowledged that the debt was due and owing and agreed to repay Aeroflot at the rate of $10,725.50 per month for twelve months, with payment due no later than the first of each month, in return for Aeroflot's agreement to forego any legal proceedings to collect the debt so long as Tatians made its agreed payments in a timely manner; and

WHEREAS, Tatians paid the following amounts to Aeroflot in acknowledgement of the $128,381.02 owed under the Agreement: (1) $17,350.22 on or around November 6. 2015; and (2) $5,000 on or around February 1, 2016. Tatians defaulted on the repayment of the remaining debt, the current unpaid

balance of which is $106,030.80, and on its remaining obligations under the Agreement. Ms. Sarkisian has since informed Aeroflot that she agreed on behalf of Tatians to make repayment in the amount of $10,725.50 per month because she believed Tatians would shortly enter into a business deal which would enable Tatians to make those monthly payments. However, the deal fell through and Tatians became unable to make the agreed monthly payments, resulting in the default under the Agreement. Ms. Sarkisian and Tatians acknowledge that they currently owe Aeroflot $106,030.80 plus interest; and

WHEREAS, in light of the foregoing, the parties have agreed to a settlement pursuant to which Aeroflot agrees to accept a revised repayment schedule in exchange for the agreement of Ms. Sarkisian and Tatians to have judgment entered against them immediately in the event of a default under the revised repayment schedule; and

WHEREAS, the specific terms of the settlement agreement are as follows:

- Concurrent with the execution of this Settlement Agreement and Stipulation, Ms. Sarkisian and Tatians will remit to Aeroflot an initial payment of $2,000;
- In acknowledgment of the initial payment of $2,000, the total debt owed following the signing of this Settlement Agreement and Stipulation will be $104,030.80, plus 10% annual interest, as reflected in the Amortization Table attached hereto as "Exhibit A" (hereinafter "Amortization Table"), which reflects the total amount owed under this Agreement;
- After the initial payment is made, Ms. Sarkisian and/or Tatians will thereafter, on the 1st of each month, beginning on November 1, 2016, remit to Aeroflot a minimum payment of $1,003.92 toward the unpaid balance;
- All such minimum monthly payments will be made by wiring the funds to an account at JPMorgan Chase Bank N.A., which is agreed to by the parties, but is not listed here for privacy reasons;

- Should their financial situation change for the better, Ms. Sarkisian and Tatians agree that they will pay more than the required monthly minimum of $1,003.92. The parties agree that there will be no penalty for overpayment, and any overpayment will be reflected in the Additional Payment column of the Amortization Table, and shall be applied to the reduction of the principal balance;

- To this end, Aeroflot agrees that each time it receives a payment from Ms. Sarkisian and Tatians, Aeroflot will update the Amortization Table with the amount of the payment and will send a copy of the updated Amortization Table to Ms. Sarkisian and Tatians at the following email address: destin_law@yahoo.com;

- If Ms. Sarkisian and Tatians dispute an update to the Amortization Table, they must inform Aeroflot in writing within five business days of receipt of such update from Aeroflot, and provide written documentation to support any assertion that they submitted an amount different from that reflected in the Amortization Table;

- Ms. Sarkisian and Tatians agree and understand that should they default on the monthly payments by not making a payment, of the minimum $1,003.92 by the 10th of the month, the entire unpaid balance will be accelerated by Aeroflot, and, in accordance with this Settlement Agreement and Stipulation, Aeroflot will file an *ex parte* application to enter judgment in whatever amount remains due and owing to Aeroflot at the time of the default, as documented in the Amortization Table. Judgment may be substantially in the same form attached hereto as "Exhibit B"; Aeroflot agrees to dismiss without prejudice the above-captioned case, but the dismissal becomes operative only after all the above conditions of this Settlement Agreement and Stipulation are completed and the Court retains jurisdiction in the interim to enforce compliance; and

- Ms. Sarkisian and Tatians agree that such dismissal will be as a result of the execution of this Settlement Agreement and Stipulation and agree to waive any right to seek their costs associated with the lawsuit.

IT IS HEREBY STIPULATED by and between plaintiff Aeroflot and defendants Tatians and Ms. Sarkisian that the dismissal of this action become operative after all the above conditions of this Settlement Agreement and Stipulation are completed and that the Court retains jurisdiction to enforce entry of judgment against Defendants in the event of their default of the parties' Settlement Agreement and Stipulation.

**IT IS SO STIPULATED.**

[SIGNATURES ON NEXT PAGE]

| | |
|---|---|
| Dated: October 11, 2016 | BAKER, OLSON, LECROY & DANIELIAN |
| | By: /s/ Nyree Kolanjian |
| | NYREE KOLANJIAN<br>Attorney for Defendants<br>HAPPY TRAVELER, INC. D/B/A<br>"TATIANS TRAVEL" AND<br>ROOBINA SARKISIAN |
| Dated: October 10, 2016 | |
| | *[signature]* |
| | Roobina Sarkisian, individually and on behalf of Happy Traveler, Inc. d/b/a Tatians Travel |
| Dated: October 10, 2016 | |
| | *[signature]* (Andrey Novokshonov) |
| | Andrey Novokshonov on behalf of Public Joint Stock Company "Aeroflot – Russian Airlines" |

ATTESTED that all other signatories listed above, and on whose behalf this document is submitted, concur in its content and have authorized its filing.

| | |
|---|---|
| Dated: October 11, 2016 | CONDON & FORSYTH LLP |
| | By:/s/ Andrew C. Johnson |
| | FRANK A. SILANE<br>IVY L. NOWINSKI<br>ANDREW C. JOHNSON<br>Attorneys for Plaintiff<br>PUBLIC JOINT STOCK COMPANY<br>"AEROFLOT - RUSSIAN AIRLINES" |

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030