JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC JOINT STOCK COMPANY "AEROFLOT - RUSSIAN AIRLINES,"<br><br>Plaintiff,<br><br>vs.<br><br>HAPPY TRAVELER, INC. D/B/A "TATIANS TRAVEL"; ANOOSHAVAN SARKISIAN and ROOBINA SARKISIAN,<br><br>Defendants. | Case No.: 2:16-cv-03771-CAS-RAO<br><br>[~~PROPOSED~~] **ORDER ON SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL** |

Having considered the Settlement Agreement and Stipulation of Dismissal (hereinafter "Settlement Agreement") filed by Plaintiff Public Joint Stock Company "Aeroflot - Russian Airlines" (hereinafter "Aeroflot") and Defendants Happy Traveler, Inc. d/b/a "Tatians Travel" and Roobina Sarkisian (hereinafter "Defendants," Defendants and Aeroflot are hereinafter collectively referred to as the "Parties"), the terms of which are incorporated herein, and there appearing to be good cause, it is **ORDERED** that :

1. The Parties shall fully comply with, and perform, all terms and conditions of the Settlement Agreement, the terms of which are incorporated by reference herein to this Order;

2. This Court shall retain jurisdiction over the Settlement Agreement in order to enforce the Settlement Agreement, until such time as the Parties have completely and fully performed all terms and conditions of the Settlement Agreement;

3. This matter be dismissed, subject to the Court's retention of jurisdiction over the Settlement Agreement as described in paragraph 2 above.

**IT IS SO ORDERED.**

Dated: February 27, 2017

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Judge