| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC JOINT STOCK COMPANY AEROFLOT-RUSSIAN AIRLINES <br><br> Plaintiff, <br><br> v. <br><br> HAPPY TRAVELER, INC., D/B/A TATIANS TRAVEL; ROOBINA SARKISIAN <br> Respondents. | Case No.: 2:16-CV-03771-CAS(RAOx) <br><br> **FINAL JUDGMENT** |

    Plaintiff Public Joint Stock Company Aeroflot-Russian Airlines, by and through its counsel of record, filed an Ex Parte Application to Enforce Settlement Agreement and Enter Judgment Upon Default by Defendants. Having considered all of the pleadings and arguments submitted by the parties in connection with this application and the pleadings and papers on file:

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

    1.    Plaintiff Public Joint Stock Company Aeroflot-Russian Airlines shall recover from defendants Roobina Sarkisian and Happy Traveler, Inc., d/b/a Tatians Travel, jointly and severally, the amount of $97,706.98, which includes prejudgment

interest at the rate of 0.00% and post-judgment interest at the rate of 0.00% per annum, along with costs.

**IT IS SO ORDERED** in Chambers, Los Angeles, California, this fifteenth day of November, 2022.

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA